

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>IRVING GALLARDO SOTO<br>DEFENDANT(S). | CASE NUMBER<br><br>SA17-0402M<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

    Upon motion of _____, IT IS ORDERED that a detention hearing is set for \_\_\_\_\_Initial Appearance\_\_\_\_\_, \_\_12/11/2017\_\_, at \_\_2:00\_\_ ☐a.m. / ☒p.m. before the Honorable \_John D. Early_____, in Courtroom _____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: \_\_December 8, 2017_____

                                                                              Jay C. G\_\_\_\_\_, U.S. Magistrate Judge